United States District Court
Southern District of Texas
**ENTERED**
May 19, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ILUMISYS, INC.; dba TOGGLED, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:16-CV-02793 |
| WOODFOREST LIGHTING, INC.; dba FOREST LIGHTING USA, | § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL OF CLAIM

Before the Court is the Joint Motion to Dismiss Claims Regarding the '299 Patent with Prejudice and Proposed Order. (Doc. No. 48). The Court **GRANTS** the Motion to Dismiss the Parties' respective claim and counterclaim regarding U.S. Patent No. 7,510,299 ("the '299 patent") with prejudice. The Court hereby **DISMISSES WITH PREJUDICE** Count IX of Plaintiff's Complaint (Doc. No. 1) the Ninth Counterclaim of Defendant's Answer and Counterclaims (Doc. No. 20).

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 19th day of May, 2017.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE