UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ILUMISYS, INC. D/B/A TOGGLED,<br><br>　　　　Plaintiff<br>　v.<br><br>WOODFOREST LIGHTING INC. D/B/A FOREST LIGHTING USA,<br><br>　　　　Defendant. | Civil Action No. 4:16-cv-02793-KPE<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION DISMISSING REMAINING CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), Plaintiff and counter-defendant ilumisys, Inc. d/b/a TOGGLED ("TOGGLED"), and Defendant and counter-plaintiff Woodforest Lighting Inc. d/b/a Forest Lighting USA ("Forest"), (collectively, the "Parties") hereby file this Joint Stipulation dismissing without prejudice the entirety of the Parties' respective claims and counterclaims that remain pending in this Action.

/
/
/
/
/
/
/
/

Dated:  September 15, 2017

Respectfully submitted,

| FISH & RICHARDSON P.C. | RADULESCU LLP |
|---|---|
| By:/s/  *Jeffrey A. Shneidman*<br>Danielle J. Healey<br>healey@fr.com<br>Attorney-in-Charge<br>Texas Bar No. 09327980<br>Federal ID No. 35021<br>Brian G. Strand<br>strand@fr.com<br>Texas Bar No. 24081166<br>Federal ID No. 1838971<br>1221 McKinney Street,<br>Suite 2800<br>Houston, TX 77010<br>(713) 654-5300 – Telephone<br>(713) 652-0109 – Facsimile<br><br>Of Counsel:<br><br>Whitney A. Reichel (*pro hac vice*)<br>(MA BBO #663599)<br>wreichel@fr.com<br>Jeffrey A. Shneidman (*pro hac vice*)<br>(MA BBO #681612)<br>shneidman@fr.com<br>Grant T. Rice (*pro hac vice*)<br>(MA BBO #693430)<br>rice@fr.com<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>(617) 542-5070 – Telephone<br>(617) 542-8906 – Facsimile<br><br>*Counsel for Plaintiff ilumisys, Inc. d/b/a TOGGLED* | /s/  *Etai Lahav*<br>Wasif H. Qureshi<br>Texas State Bar No. 24048155<br>Federal No. 584650<br>Email: wqureshi@jw.com<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>Telephone: (713) 752-4521<br>Facsimile: (713) 308-4121<br><br>David C. Radulescu (*pro hac vice*)<br>david@radip.com<br>Attorney-in-Charge<br>Etai Lahav (*pro hac vice*)<br>etai@radip.com<br>Tigran Vardanian (*pro hac vice*)<br>tigran@radip.com<br>Michael D. Sadowitz (*pro hac vice*)<br>mike@radip.com<br>Chunmeng Yang (*pro hac vice*)<br>chunmeng@radip.com<br>The Empire State Building<br>350 Fifth Avenue, Suite 6910<br>New York, NY  10118<br>(646) 502-5950<br>(646) 509-8117<br><br>*Counsel for Defendant Woodforest Lighting Inc. d/b/a Forest Lighting USA* |