United States District Court
Southern District of Texas
**ENTERED**
September 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ILUMISYS, INC.; dba TOGGLED, § § § Plaintiffs, § VS. § WOODFOREST LIGHTING, INC.; dba § FOREST LIGHTING USA, § § Defendants. § | CIVIL ACTION NO. 4:16-CV-02793 |

### ORDER

Pending before the Court is the parties' joint stipulation of dismissal. After reviewing the motion, Docket No. 54, the Court finds that it should be and hereby is **GRANTED** and this case **DISMISSED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 15th day of September, 2017.

Keith P. Ellison
United States District Judge